1004

No. 99–1098. BARTH v. PUBLIC SERVICE ELECTRIC AND GAS ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–1117. HEARD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 99–1124. C. VOLANTE CORP. v. BROWN ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1125. KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM, INC. v. REIMER & KOGER ASSOCIATES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–1129. AZIZ v. BLUEFIELD STATE COLLEGE. C. A. 4th Cir. Certiorari denied.

No. 99–1130. CLANTON v. TOWNSHIP OF REDFORD. Ct. App. Mich. Certiorari denied.

No. 99–1131. MEDICAL SOCIETY OF NEW JERSEY ET AL. v. ROBINS, PRESIDENT, NEW JERSEY STATE BOARD OF MEDICAL EXAMINERS, ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 99–1136. PHILLIPS v. CSX TRANSPORTATION, INC. C. A. 4th Cir. Certiorari denied.

No. 99–1158. LAL v. STATE SYSTEM OF HIGHER EDUCATION OF PENNSYLVANIA (SSHE) ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–1200. HERSHFIELD v. TOWN OF COLONIAL BEACH ET AL. Ct. App. Va. Certiorari denied.

No. 99–1229. RATCLIFF v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–1234. HILL, WARDEN v. BELL. C. A. 9th Cir. Certiorari denied.

No. 99–1252. PRIDE v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 99–1253. RODRIGUEZ v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.